IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0831
 ((((((((((((((((

 Richard J. Segal, And Judith Segal, Joe Fogarty And Nancy Fogarty,

 v.

 EMMES CAPITAL, LLC

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate appeal, filed on March 15, 2005, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket subject to
reinstatement upon proper motion. All motions and other documents pending
or filed are abated subject to being reurged in the event the petition is
reinstated. It is the responsibility of the parties to immediately notify
this Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 25th day of March, 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk